UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD L. EDWARDS, JR.,<br><br>                                        Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY,<br><br>                                        Defendant. | Case No.: 19-cv-1775-AJB-BLM<br><br>**ORDER:**<br><br>**(1) ADOPTING THE REPORT AND RECOMMENDATION; AND**<br><br>**(2) GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND DISMISSING SUA SPONTE PLAINTIFF'S COMPLAINT**<br><br>**(Doc. Nos. 3, 6.)** |

Before the Court is Plaintiff's motion to proceed *in forma pauperis* ("IFP"). (Doc. No. 3.) The Court referred the matter to Magistrate Judge Barbara L. Major for a Report and Recommendation ("R&R"). (Doc. No. 2.) The R&R recommends that Plaintiff's motion to proceed IFP be granted and Plaintiff's complaint be dismissed with leave to amend. (Doc. No. 6 at 7.) Plaintiff was instructed to file an amended complaint no later than November 12, 2019. (*Id.*) The parties were instructed to file written objections to the R&R by November 12, 2019. (*Id*. at 7–8.)

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district

1

judge's duties in connection with a magistrate judge's R&R. The district judge must "make a de novo determination of those portions of the report . . . to which objection is made[,]" and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). However, in the absence of objection(s), the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee note to the 1983 amendment; *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Neither party has filed objections to Magistrate Judge Major's R&R. Further, Plaintiff failed to file an amended complaint by November 12, 2019. Having reviewed the R&R, the Court finds it thorough, well-reasoned, and contains no clear error. Accordingly, the Court hereby **ADOPTS** Magistrate Judge Major's R&R in its entirety. (Doc. No. 6.) However, since the deadline has passed for Plaintiff to file an amended complaint and no action has been taken in this case since the filing of the original complaint, the Court Clerk is instructed to close the case.

**IT IS SO ORDERED.**

Dated: June 16, 2020

Hon. Anthony J. Battaglia
United States District Judge